WENDY L. WILCOX (SBN 193644)
wwilcox@skanewilcox.com
PAUL O'KEEFE (SBN 253111)
pokeefe@skanewilcox.com
SKANE WILCOX, LLP
33 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 431-4150
Facsimile:   (415) 431-4151

ROSTYSLAW J. SMYK (Ill. No. 6255495, *pro hac vice*)
ross.smyk@ruberry-law.com
THOMAS E. SOULE (Ill. No 6282139, *pro hac vice*)
tom.soule@ruberry-law.com
RUBERRY STALMACK & GARVEY LLC
10 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 466-8050
(312) 466-8055 (fax)

Attorneys for CorePointe Insurance Company

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| COREPOINTE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | No. 18-cv-06093-SK<br><br>**MODIFIED ORDER GRANTING PLAINTNIFF'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| Plaintiff, | | |
| v. | | |
| FRANK WONG dba VIP AUTOS, NIKA WONG, and ERICA WONG, | | |
| Defendants. | | Hon. Magistrate Sallie Kim |

For good cause, the Court hereby GRANTS Plaintiff's Administrative Motion to Continue the January 7, 2019 Initial Case Management Conference to March 11, 2019 at 1:30 p.m.

The Court further orders that **January 21, 2019** is the last day for Plaintiff's to serve the Summons and Complaint, pursuant to Fed.R.Civ.P. 4(m).

Case No. 18-cv-06093-SK          1          [Proposed] Order Granting Motion to Continue Initial CMC

The Court also orders that:

**February 13, 2019** is the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan (F.R.Civ.P. 26(f) & ADR L.R. 3-5(b)); and

**February 15, 2019** is the last day to file an ADR Certification signed by Parties and Counsel (Civil L.R. 16-8(b) & ADR L.R. 3-5(b)); and

**March 4, 2019** is the last day to file a Rule 26(f) Report, complete initial disclosures or state objections to the Rule 26(f) Report and File Case Management Statement, per the Standing Order regarding Contents of Joint Case Management Statement (F.R.Civ.P. 26(a)(1), Civil L.R. 16-9.)

Dated:  December 20, 2018            UNITED STATES DISTRICT COURT


_____

Honorable Sallie Kim